## *In re* DIECKERHOFF.

### *(Circuit Court, S. D. New York.* February 2, 1891.)

CUSTOMS DUTIES—APPRAISERS' DECISION—REVIEW—RETURN.

On proceedings to review the action of the board of general appraisers in the classification of imported merchandise, under Act Cong. June 10, 1890, "to simplify the laws in relation to the collection of the revenues," a return of such board, in which the only fact certified is that "silk is the component material of chief value," is insufficient, and will be sent back for a further description of the articles.

At Law.

Motion for further return of board of general appraisers under the Act of June 10, 1890, entitled "An act to simplify the laws in relation to the collection of the revenues."

*Chas. Curie* and *W. Wickham Smith,* for petitioner.

*Edward Mitchell,* U. S. Atty., and *Henry C. Platt,* Asst. U. S. Atty., for collector.

LACOMBE, Circuit Judge. There is nothing in the return to show what these goods are. The only fact certified by the board of appraisers is that "silk is the component material of chief value." Both the counsel for the importer and district attorney move to send the return back to the board for a further statement, insisting that there are not sufficient facts found to enable either side to present its view of the case. This seems to be so. Had the board also certified that the articles were correctly described in the invoice or entry, or in the appraisers' return, there might be sufficient, but, as it is, there is nothing to show what the articles really are. Motion granted.